UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| HEATHER JOANN KENLINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-82 |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter coming before the court on an agreed motion, and the court being fully informed, it is hereby:

ORDERED that defendant's agreed motion for reversal with remand pursuant to the fourth sentence of 42 U.S.C. § 405(g) is GRANTED. The Commissioner's decision is REMANDED for further administrative proceedings, including a hearing.

SO ORDERED this 13th day of November, 2020.

s/William C. Lee
JUDGE WILLIAM C. LEE
UNITED STATES DISTRICT COURT